IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES EDWARD PARKER                                                      PLAINTIFF

v.                                  No. 2:11-cv-43-DPM

ARKANSAS DEPARTMENT
OF CORRECTION; GREG HARMON,
Warden; DANNY BURL; TODD BALL,
Deputy Warden; MOSES JACKSON, Captain;
EDWARD EATON, Sergeant; CLEASTER DEAN,
Sergeant; BENJAMIN WOODWARD, Corporal              DEFENDANTS

ORDER

Parker's unopposed motion for voluntary dismissal, *Document No. 13*, is granted. FED. R. CIV. P. 41(a)(2). Parker's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 Nov. 2011