IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES EDWARD PARKER**                                                          PLAINTIFF

v.                                     No. 2:11-cv-43-DPM

**ARKANSAS DEPARTMENT
OF CORRECTION; GREG HARMON,
Warden; DANNY BURL; TODD BALL,
Deputy Warden; MOSES JACKSON, Captain;
EDWARD EATON, Sergeant; CLEASTER DEAN,
Sergeant; BENJAMIN WOODWARD, Corporal**          DEFENDANTS

JUDGMENT

Parker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 Nov. 2011